UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

UNITED STATES OF AMERICA,            Criminal No. 07-365 ADM/AJB

    Plaintiff,

v.                                                     **ORDER**

LAMARR MERRELL WADE,

    Defendant.

Erica Mozangue, Esq., Assistant United States Attorney, for the plaintiff, United States of America;

Andrea George, Esq., Assistant Federal Defender, and Paul J. Edlund, Esq., for the defendant, Lamarr Merrell Wade.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated December 19, 2007, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

    1.  Defendant Lamarr Merrell Wade's Motion to Suppress Eyewitness Identifications is **denied** [Docket No. 18]; and

    2.  Defendant Lamarr Merrell Wade's Motion to Suppress Statements, Admissions and Answers is **denied** [Docket No. 24].

Dated:  January 16, 2008                                S/Ann D. Montgomery

                                                             Ann D. Montgomery
                                                             United States District Court Judge